# Court of Appeals
# of the State of Georgia

ATLANTA,____April 11, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1236. CASEY W. MARTIN v. THE STATE.

Casey W. Martin filed this direct appeal from the trial court's order denying a pro se motion to modify sentence. We, however, lack jurisdiction.

In construing pleadings, substance controls over nomenclature. See *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010). Here, although titled a "Motion to Modify Sentence," Martin's motion alleged that the trial court improperly revoked his first offender probation. Because the underlying subject matter of appeal is the revocation of Martin's "first offender" probation, Martin was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6- 35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/11/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*